John Westerbeke et al., Respondents, *v.* Bank of Huntington and Trust Company, Defendant, and Arthur H. Turner, Appellant.

(Submitted October 9, 1936; decided October 23, 1936.)

*Irving Smith* for appellant.
*Frederick W. Tuck, Jr.,* for respondents.

595

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.